1 | LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
2 | JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax: (949) 722-8416

5 | Attorney for: PLAINTIFF

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          No. CV A  12 - 1952

12 |                    Plaintiff,

13 |         vs.                        CONSENT JUDGMENT

14 | Calvin Johnson, aka

15 | Calvin K. Johnson,

16 |                    Defendant

17 |      Pursuant to the above stipulation of the parties,

18 | Judgment is hereby entered in favor of Plaintiff, UNITED

19 | STATES OF AMERICA, against Defendant, Calvin Johnson, aka

20 | Calvin K. Johnson, in the principal amount of $1,088.10 plus

21 | interest accrued to January 20, 2012, in the sum of $522.21;

22 | with interest accruing thereafter at 3% annually until entry

23 | of judgment, administration costs in the amount of $0.00,

24 | for a total amount of **$1,610.31**.

25

26 | DATED:    3/13/2012              By: TERRI NAFISI
                                      Clerk of the Court
27
                                      L. RAYFORD
28
                                      Deputy Clerk
                                      United States District Court

Page 5